LARRY LOCKSHIN (#61926 CA)
Larry Lockshin, Esq.
A Law Corporation
701 University Avenue, Suite 100
Sacramento, CA  95825
(916) 649-3777

Attorneys for Plaintiff
TERRY TOWNSEND

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TOWNSEND,<br><br>        Plaintiff,<br><br>     v.<br><br>SOUTHERN PACIFIC TRANSPORTATION COMPANY; UNION PACIFIC RAILROAD COMPANY, successor-in-interest to SOUTHERN PACIFIC TRANSPORTATION COMPANY,<br><br>        Defendants.<br>_____ | No.   CIV. S -02-229-FCD DAD |

**VOLUNTARY DISMISSAL BY STIPULATION AND ORDER**

Plaintiff, TERRY TOWNSEND, by and through his counsel, Larry Lockshin, Esq., A Law Corporation, and Defendant UNION PACIFIC RAILROAD, by and through their attorney, THOMAS CREGGER, Esq., of RANDOLPH, CREGGER & CHALFANT hereby stipulate that the above-entitled action may be dismissed with prejudice. Each party to bear its own costs and fees, pursuant to the terms of the stipulation.

DATED: August 10, 2005             RANDOLPH, CREGGER & CHALFANT

                                   By: ___/s Thomas A. Cregger_____
                                         THOMAS CREGGER, ESQ.
                                         Attorneys for Defendant

DATED: August 10, 2005             LARRY LOCKSHIN, ESQ.
                                   A Law Corporation


                                   By: ___/s  Larry Lockshin_____
                                         LARRY LOCKSHIN, ESQ.
                                         Attorneys for Plaintiff


**IT IS SO ORDERED:**


DATED: August 25, 2005             /s/ Frank C. Damrell Jr._____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE